Steve W. Berman (*pro hac vice*)
*steve@hbsslaw.com*
Thomas E. Loeser (SBN 202724)
*toml@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Christopher R. Pitoun (SBN 290235)
*christopherp@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

Attorneys for Plaintiffs
[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA EVANS, KERICHA KENNEDY, MINDA BRIADDY, and ANTHONY VACCHIO, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA CORPORATION, and KIA AMERICA, INC.,<br><br>                              Defendants. | Case No. 8:22-cv-00300-SB-JDE<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD, AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, in accordance with Local Civil Rule 40-2 of the Local Civil Rules of the United States District Court for the Central District of California, Plaintiffs Brenda Evans, Minda Briaddy, and Anthony Vacchio, along with the plaintiffs in the related actions titled *Zakikhani, et al. v. Hyundai Motor Company, et al.*, No. 8:20-cv-01584-SB-JDE (C.D. Cal.) ("*Zakikhani*"), and *Pluskowski, et al. v. Hyundai Motor America, et al.*, No. 8:22-cv-00824-SB-JDE (C.D. Cal.) ("*Pluskowski*") have reached a proposed class action settlement with Defendants.

PLEASE TAKE FURTHER NOTICE that Plaintiff Kericha Kennedy and Defendant Kia America, Inc. have agreed to an individual settlement of Kennedy's claims and are currently finalizing the formal settlement agreement. The parties anticipate that the settlement will be complete and Ms. Kennedy will seek dismissal of her claims with prejudice by September 30, 2022.

In their August 8, 2022 Joint Stipulation, the parties notified the Court that they had reached a settlement agreement in principle. *Evans* Dkt. 30. However, the parties did not separately file a notice of settlement in this action before the deadline for Defendants' responsive pleading. Undersigned counsel apologizes for any inconvenience and confusion to the Court. On August 15, 2022, Plaintiffs jointly moved for preliminary approval of the proposed class action settlement in the related action *Zakikhani*. *See Zakikhani* Dkt. 115.

Today, September 1, 2022, the parties in all three actions concurrently filed a joint stipulation in *Zakikhani* seeking consolidation of *Evans*, *Zakikhani*, and *Pluskowski*, requesting that all future filings occur in the *Zakikhani* action, and ordering the *Evans* and *Pluskowski* actions administratively closed.

//

//

| | | |
|---|---|---|
| 1 | DATED: September 1, 2022 | Respectfully submitted, |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | |
| 4 | | */s/ Thomas E. Loeser* |
| | | Thomas E. Loeser (SBN 202724) |

Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (SBN 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
christopherp@hbsslaw.com

Rachel E. Fitzpatrick (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 W. Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rachelf@hbsslaw.com

*Attorneys for Plaintiffs*